In re:  
James McNally  
Kristen McNally  
    Debtor(s)

Case No. 20-02000-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 318 | Total Noticed: 34 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James McNally, Kristen McNally, 1210 Grandview Street, Scranton, PA 18509-1502 |
| 5340409 | + | ADS/Comenity/Legend Pine, PO Box 182789, Columbus, OH 43218-2789 |
| 5340413 | + | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 5351582 | + | Biz2Credit, Inc., 1 Penn Plaza, 45th Floor, New York, NY 10119-4599 |
| 5351585 | + | City of Scranton, c/o Northeast Revenue Service, 340 N. Washington Avenue, Scranton, PA 18503-1582 |
| 5351586 | + | Collector of Taxes, The Single Tax Office, 123 Wyoming Avenue, 2nd Floor, Scranton, PA 18503-2025 |
| 5351588 | | Donegal Insurance Group, PO Box 300, Marietta, PA 17547-0300 |
| 5340417 | + | Fidelity Deposit & Discount Bank, 101 N. Blakely Street, Dunmore, PA 18512-1900 |
| 5351591 | + | Heartland Payment Systems, 10 Glenlake Parkway NE, North Tower, Atlanta, GA 30328-3495 |
| 5358704 | + | Lackawanna County Tax Claim Bureau, 123 Wyoming Ave, Scranton PA 18503-2029 |
| 5351593 | + | Lackawanna County Tax Claim Bureau, 123 Wyoming Avenue, Ste. 267, Scranton, PA 18503-2029 |
| 5340423 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 5351599 | + | PPL Electric Utilities, 2 North 9th Street CPC GENN1, Allentown, PA 18101-1179 |
| 5351597 | | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5351602 | + | UGI Penn Natural Gas, Inc., PO Box 15503, Wilmington, DE 19850-5503 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 16 2020 23:08:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Oct 16 2020 23:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5340410 | + | EDI: RMSC.COM | Oct 16 2020 23:08:00 | Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5340411 | + | EDI: WFNNB.COM | Oct 16 2020 23:08:00 | Ann Taylor, Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 5340412 | | EDI: BANKAMER.COM | Oct 16 2020 23:08:00 | Bank of America, PO Box 982238, El Paso, TX 79998 |
| 5340414 | + | EDI: CITICORP.COM | Oct 16 2020 23:08:00 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5340415 | + | EDI: CAPITALONE.COM | Oct 16 2020 23:08:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5340416 | | EDI: CAPONEAUTO.COM | Oct 16 2020 23:08:00 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 5341568 | + | EDI: AISACG.COM | Oct 16 2020 23:08:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5351587 | | EDI: COMCASTCBLCENT | Oct 16 2020 23:08:00 | Comcast Business, PO Box 70219, Philadelphia, PA 19176-0219 |
| 5340418 | + | EDI: CITICORP.COM | Oct 16 2020 23:08:00 | Goodyear, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5340419 | + | EDI: WFNNB.COM | Oct 16 2020 23:08:00 | J Crew, Inc., Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5340421 | | Email/Text: electronicbkydocs@nelnet.net | Oct 16 2020 19:19:00 | Nelnet, PO Box 2970, Omaha, NE 68103-2970 |
| 5340420 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 16 2020 19:19:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5340422 | + | Email/Text: bnc@nordstrom.com | Oct 16 2020 19:18:50 | Nordstrom, 13531 E. Caley Avenue, Englewood, CO 80111-6505 |
| 5358702 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 16 2020 19:19:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5340424 | + | EDI: RMSC.COM | Oct 16 2020 23:08:00 | Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5340903 | + | EDI: RMSC.COM | Oct 16 2020 23:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5340425 | | EDI: CITICORP.COM | Oct 16 2020 23:08:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5351576 | *+ | ADS/Comenity/Legend Pine, PO Box 182789, Columbus, OH 43218-2789 |
| 5351577 | *+ | Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5351578 | *+ | Ann Taylor, Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 5351579 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 5351580 | *+ | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 5351581 | *+ | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5351583 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5351584 | * | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 5351589 | *+ | Fidelity Deposit & Discount Bank, 101 N. Blakely Street, Dunmore, PA 18512-1900 |
| 5351590 | *+ | Goodyear, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5351592 | *+ | J Crew, Inc., Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5351595 | * | Nelnet, PO Box 2970, Omaha, NE 68103-2970 |
| 5351594 | *+ | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5351596 | *+ | Nordstrom, 13531 E. Caley Avenue, Englewood, CO 80111-6505 |
| 5351598 | * | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 5351600 | *+ | Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5351601 | * | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| jdb | *+ | Kristen McNally, 1210 Grandview Street, Scranton, PA 18509-1502 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

John J Martin (Trustee)
  pa36@ecfcbis.com  trusteemartin@martin-law.net

Mark J. Conway
  on behalf of Debtor 1 James McNally info@mjconwaylaw.com  connie@mjconwaylaw.com;mjc@mjconwaylaw.com

Mark J. Conway
  on behalf of Debtor 2 Kristen McNally info@mjconwaylaw.com  connie@mjconwaylaw.com;mjc@mjconwaylaw.com

Rebecca Ann Solarz
  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

United States Trustee
  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James McNally | Social Security number or ITIN xxx–xx–2031 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kristen McNally | Social Security number or ITIN xxx–xx–3615 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  Middle District of Pennsylvania

Case number:  5:20–bk–02000–RNO

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James McNally                                    Kristen McNally

**By the court:**  *Robt N. Opel II*

10/16/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**